|   |   |
|---|---|
|   | District Judge Jamal N. Whitehead |
|   | Magistrate Judge Michelle L. Peterson |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABEL MARTINEZ ALEMAN a/k/a PEDRO RIVERA,<br><br>         Petitioner,<br><br>  v.<br><br>PAMELA BONDI, *et al.*,<br><br>         Respondents. | Case No. 2:25-cv-02346-JNW-MLP<br><br>STIPULATED MOTION AND TRO BRIEFING SCHEDULE<br><br>Noted for Consideration:<br>November 25, 2025 |

Pursuant to this Court's Order (Dkt No. 8), Petitioner and Federal Respondents[1] submit this proposed briefing schedule for Petitioner's motion for a temporary restraining order ("TRO"). Dkt. No. 2, TRO Mot. Petitioner is a civil detainee at the Northwest ICE Processing Center ("NWIPC") in Tacoma, Washington. The TRO motion asks this Court to enjoin Respondents from removing him from the United States or transferring him out of the NWIPC during the pendency of these proceedings. TRO Mot., at 15. This Court provisionally granted Petitioner's TRO motion and has prohibited Respondents from removing Petitioner from the United States or this District without further order. Order, at 3. The parties understand this to be in effect until this

---

[1] Bruce Scott is not a Federal Respondent and is not represented by the U.S. Attorney's Office.

STIPULATED MOTION FOR TRO BRIEFING SCHEDULE
[Case No. 2:25-cv-02346-JNW-MLP] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1  Court decides the TRO motion.  Pursuant to Local Civil Rule 65(b), Federal Respondents must
2  file a response within 48 hours after the motion is served.  There is good cause for this Court to
3  enter an alternative briefing schedule.
4    The parties have conferred and have agreed to and propose the following response schedule
5  to allow for both a response to the TRO motion and a reply:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Response to the TRO Motion | December 1, 2025 |
| Petitioner's reply in support of the TRO Motion | December 4, 2025 |

10   This briefing schedule will result in the Court having a more complete record on which to
11  decide the TRO motion.  This short extension of the response deadline will allow Federal
12  Respondents' time to obtain information necessary to respond to the TRO motion.  Furthermore,
13  this schedule will allow Petitioner to reply to Federal Respondents' filing.
14   Accordingly, the parties request that the Court enter the proposed briefing schedule.
15
16  //
17
18  //
19
20  //
21
22  //
23
24  //

STIPULATED MOTION FOR TRO BRIEFING SCHEDULE  
[Case No. 2:25-cv-02346-JNW-MLP] - 2

UNITED STATES ATTORNEY  
1201 PACIFIC AVE., STE. 700  
TACOMA, WA 98402  
(253) 428-3800

DATED this 25th day of November, 2025.

Respectfully submitted,

| | |
|---|---|
| CHARLES NEIL FLOYD<br>United States Attorney | FENNEMORE CRAIG, P.C. |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Email: michelle.lambert@usdoj.gov<br>*Attorneys for Federal Respondents* | *s/ Alycia T. Moss*<br>ALYCIA MOSS, WSBA #56324<br>P.O. Box 354<br>Coeur d'Alene, Idaho 83816<br>Phone: (208) 956-0150<br>Email: amoss@fennemorelaw.com<br>*Attorney for Petitioner* |

*I certify that this memorandum contains 286 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION FOR TRO BRIEFING SCHEDULE
[Case No. 2:25-cv-02346-JNW-MLP] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall submit briefing pursuant to the following schedule:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Response to the TRO Motion | December 1, 2025 |
| Petitioner's reply in support of the TRO Motion | December 4, 2025 |

DATED this 26th day of November, 2025

_____
JAMAL N. WHITEHEAD
United States District Judge

Recommended for entry this _____ of _____, 2025.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATED MOTION FOR TRO BRIEFING SCHEDULE
[Case No. 2:25-cv-02346-JNW-MLP] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800