District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABEL MARTINEZ ALEMAN a/k/a PEDRO RIVERA,<br><br>                           Petitioner,<br><br>     v.<br><br>PAMELA BONDI, *et al.*,<br><br>                           Respondents. | Case No. 2:25-cv-02346-JNW<br><br>STIPULATED MOTION AND BRIEFING SCHEDULE<br><br>Noted for Consideration:<br>December 31, 2025 |

Petitioner and Federal Respondents[1] submit this proposed briefing schedule for Federal Respondents' Return and Petitioner's Traverse to the Return. Petitioner Abel Martinez Aleman is a civil detainee at the Northwest ICE Processing Center ("NWIPC") in Tacoma, Washington. He commenced this habeas litigation on November 21, 2025. Dkt. No. 1. Petitioner's motion for a temporary restraining order is fully briefed and pending before this Court.

The parties have conferred and propose the following briefing schedule for the habeas petition:

//

---

[1] Bruce Scott is not a Federal Respondent and is not represented by the U.S. Attorney's Office.

STIPULATED MOTION BRIEFING SCHEDULE
[Case No. 2:25-cv-02346-JNW] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Return | January 13, 2026 |
| Petitioner's Traverse | January 20, 2026 |

Accordingly, the parties request that the Court enter the proposed briefing schedule.

DATED this 31st day of December, 2025.

Respectfully submitted,

| | |
|---|---|
| CHARLES NEIL FLOYD<br>United States Attorney | FENNEMORE CRAIG, P.C. |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Email:  michelle.lambert@usdoj.gov | *s/ Alycia T. Moss*<br>ALYCIA MOSS, WSBA #56324<br>P.O. Box 354<br>Coeur d'Alene, Idaho 83816<br>Phone: (208) 956-0150<br>Email:  amoss@fennemorelaw.com<br>*Attorney for Petitioner* |

*Attorneys for Federal Respondents*

*I certify that this memorandum contains 119 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION BRIEFING SCHEDULE
[Case No. 2:25-cv-02346-JNW] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall submit briefing pursuant to the following schedule:

| Filing | Deadline |
|---|---|
| Federal Respondents' Return | January 13, 2026 |
| Petitioner's Traverse | January 20, 2026 |

DATED this 8th day of January, 2026.

_____
JAMAL N. WHITEHEAD
United States District Judge

STIPULATED MOTION BRIEFING SCHEDULE
[Case No. 2:25-cv-02346-JNW] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800